# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| ZEEV FRIEDMAN, ESQ. D/B/A THE FRIEDMAN LAW FIRM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BROTHER INTERNATIONAL CORPORATION,<br><br>Defendant. | JUDGE DAN AARON POLSTER<br><br>CASE NO. 1:18-cv-02373<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. CIV. R. 41(a)(1)(A)(i)** |

Plaintiff hereby voluntarily dismisses this lawsuit without prejudice pursuant to Federal Civil Rule 41(a)(1)(A)(i).

                                                Respectfully submitted,

                                                */s/ Nicole T. Fiorelli*
                                                Patrick J. Perotti, Esq (0005481).
                                                Nicole T. Fiorelli, Esq. (0079204)
                                                Frank A. Bartela, Esq. (0088128)
                                                DWORKEN & BERNSTEIN CO., L.P.A.
                                                60 South Park Place
                                                Painesville, Ohio 44077
                                                Tel.: (440) 352-3391
                                                Email: pperotti@dworkenlaw.com
                                                                                  nfiorelli@dworkenlaw.com
                                                                                   fbartela@dworkenlaw.com

                                               *Attorneys for Plaintiff Zeev Friedman, Esq.*
                                               *D/B/A The Friedman Law Firm*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2018, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

    */s/ Nicole T. Fiorelli*
Frank A. Bartela, Esq. (#0079204)
DWORKEN & BERNSTEIN CO., L.P.A.

*Attorney for Plaintiff Zeev Friedman, Esq.*
*D/B/A The Friedman Law Firm*